AO 91 Criminal Complaint - Revised 4/20

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. |
| Nicole Steiner (fka Nicole Balkas) | ) 3:22MJ 465 (JAM) |
|  | ) |
|  | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __November 2021 to present__ in the county of __Fairfield__ in the _____ District of __Connecticut__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 1347 | Health care fraud |
| Title 18, United States Code, Section 3147 | Penalty for offense committed while on release |

This criminal complaint is based on these facts:

See attached affidavit of HHS-OIG Special Agent Michael W. Ahearn, which is expressly incorporated herein by reference.

☑ Continued on the attached sheet.

_____
Complainant's signature

Michael W. Ahearn, HHS-OIG Special Agent
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 04/28/2022

/s/ Jeffrey Alker Meyer, USDJ
Judge's Signature

City and state: New Haven, Connecticut

Hon. Jeffrey A. Meyer, United States District Judge
Printed name and title